850

of Wyoming denied. *Mr. Michael A. Rattigan* for petitioner. No appearance for respondent.

No. 843. SOUTHERN TRANSPORTATION Co. ET AL. *v.* INTERSTATE COMMERCE COMMISSION. May 18, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Karl Knox Gartner* for petitioners. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for respondent.

No. 848. CHICAGOFF EXTENSION GOLD MINING Co. *v.* ALASKA HANDY GOLD MINING Co. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. W. H. Metson* and *A. H. Ricketts* for petitioner. *Messrs. F. W. Clements* and *Lawrence H. Cake* for respondent.

No. 850. BAUER BROTHERS Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Homer C. Corry* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, John G. Remey,* and *William H. Riley, Jr.,* for respondent.

No. 851. SALIBO *v.* UNITED STATES. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Howard McCaleb, Jr.,* for petitioner. *Solicitor General Thacher, As-*

*sistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Mahlon D. Kiefer*, and *W. Marvin Smith* for the United States.

No. 853. PALMER *v.* AEOLIAN Co. May 18, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. G. Bush* for petitioner. *Mr. Joe R. Lane* for respondent.

No. 856. MISSOURI-KANSAS-TEXAS R. Co. *v.* HEMP-KINS. May 18, 1931. Petition for writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, of Texas, denied. *Messrs. Joseph M. Bryson, C. C. Huff, C. S. Burg*, and *H. E. Howell* for petitioner. No appearance for respondent.

Nos. 857 and 858. BONNER *v.* UNITED STATES. May 18, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George W. Dodd* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Claude R. Branch, Mahlon D. Kiefer, A. E. Gottschall*, and *W. Marvin Smith* for the United States.

No. 862. WRIGHT ET AL. *v.* FEDERAL RESERVE LIFE INSURANCE Co. ET AL. May 18, 1931. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. Thomas F. Doran* and *Frank Doster* for petitioners. *Mr. J. H. Brady* for respondents.